# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VINCENT LOUIS WILLIAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2305

[June 11, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni Anne Bryson, Judge; L.T. Case No. 502024CT022480AXXXNB.

Daniel Eisinger, Public Defender, and Erika Elizabeth Follmer, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Ignacio Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***